IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| TONY LYNN LANDRY | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-15-170 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner of the | § | |
| Social Security Administration | § | |

## <u>FINAL JUDGMENT</u>

Today this Court issued an Opinion and Order granting the Motion for Summary Judgment of Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration; denying the Motion for Summary Judgment of Plaintiff, Tony Lynn Landry, and dismissing Plaintiff's complaint.

It is, therefore, **ORDERED** and **ADJUDGED** that, Plaintiff, Tony Lynn Landry, **TAKE NOTHING**, that Plaintiff's complaint is **DISMISSED with prejudice**, and that each Party **SHALL** bear its own costs.

**THIS IS A FINAL JUDGMENT**.

DONE at Galveston, Texas, this _____27th_____ day of April, 2017.

_____
John R. Froeschner
United States Magistrate Judge